**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACCELERON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-128 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| INTEL CORPORATION, NEC | ) |
| CORPORATION OF AMERICA, SUN | ) |
| MICROSYSTEMS, INC., SILICON | ) |
| GRAPHICS INT'L CORP., | ) |
| | ) |
| Defendants. | ) |

**SUN MICROSYSTEMS, INC.'S UNOPPOSED MOTION TO SUBSTITUTE
ORACLE AMERICA, INC. FOR SUN MICROSYSTEMS, INC.**

Defendant Sun Microsystems, Inc. moves to substitute Oracle America, Inc. as defendant in place of Sun Microsystems, Inc.

On February 15, 2010, Oracle USA, Inc. merged with and into Sun Microsystems, Inc. Sun Microsystems, Inc., the surviving corporation, was then renamed "Oracle America, Inc."

Counsel for all parties have discussed this motion, and the motion is not opposed. Sun Microsystems thus requests that its motion be granted, and the Court enter the attached order.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*

        Maryellen Noreika (#3208)
        Paul Saindon (#5110)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        mnoreika@mnat.com
        psaindon@mnat.com
        *Attorneys for Defendant Oracle America, Inc.*

OF COUNSEL:

Raymond A. Kurz
Celine Jimenez Crowson
Rebekah L. Osborn
Joseph J. Raffetto
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

June 1, 2010

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACCELERON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-128 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| INTEL CORPORATION, NEC | ) |
| CORPORATION OF AMERICA, SUN | ) |
| MICROSYSTEMS, INC., SILICON | ) |
| GRAPHICS INT'L CORP., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS defendant Sun Microsystems, Inc. has moved for leave to change the caption, and the plaintiff and co-defendants do not oppose that motion,

IT IS HEREBY ORDERED that:

(1)   Sun Microsystems, Inc.'s motion is granted; and

(2)   The caption shall be amended as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACCELERON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-128 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| INTEL CORPORATION, NEC | ) |
| CORPORATION OF AMERICA, ORACLE | ) |
| AMERICA, INC., SILICON GRAPHICS | ) |
| INT'L CORP., | ) |
| | ) |
| Defendants. | ) |

2

_____
                             J.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Steven J. Balick, Esquire
>Lauren E. Maguire, Esquire
>Caroline Hong, Esquire
>ASHBY & GEDDES

>William J. Wade, Esquire
>Anne Shea Gaza, Esquire
>Stephen M. Ferguson, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP

>Thomas C. Grimm, Esquire
>Benjamin J. Schladweiler, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP

I further certify that I caused copies of the foregoing document to be served on June 1, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>Lauren E. Maguire, Esquire<br>Caroline Hong, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Acceleron, LLC* | *VIA ELECTRONIC MAIL* |
| Patrick J. Flinn, Esquire<br>George Medlock, Jr., Esquire<br>ALSTON & BIRD, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>*Attorneys for Acceleron, LLC* | *VIA ELECTRONIC MAIL* |

2

| | |
|---|---|
| Jason W. Cook, Esquire<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue – Suite 3601<br>Dallas, TX  75201<br>*Attorneys for Acceleron, LLC* | *VIA ELECTRONIC MAIL* |
| Sarah C. Hsia, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY  10016<br>*Attorneys for Acceleron, LLC* | *VIA ELECTRONIC MAIL* |
| William J. Wade, Esquire<br>Anne Shea Gaza, Esquire<br>Stephen M. Ferguson, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Hewlett-Packard Company* | *VIA ELECTRONIC MAIL* |
| Heather N. Mewes, Esquire<br>Erin C. Jones, Esquire<br>Lauren E. Whittemore, Esquire<br>FENWICK & WEST LLP<br>555 California Street – 12th Floor<br>San Francisco, CA  94104<br>*Attorneys for Hewlett-Packard Company* | *VIA ELECTRONIC MAIL* |
| Charlene M. Morrow, Esquire<br>Henry Z. Carbajal III, Esquire<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>*Attorneys for Hewlett-Packard Company* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Intel Corp.* | *VIA ELECTRONIC MAIL* |

2

...

| | |
|---|---|
| William F. Lee, Esquire<br>Mark G. Matuschak, Esquire<br>Peter M. Dichiara, Esquire<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>*Attorneys for Intel Corp.* | *VIA ELECTRONIC MAIL* |
| James M. Dowd, Esquire<br>Michael D. Jay, Esquire<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>350 South Grand Avenue<br>Suite 2100<br>Los Angeles, CA  90071<br>*Attorneys for Intel Corp.* | *VIA ELECTRONIC MAIL* |
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>Amy Arnott Quinlan, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue – Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for NEC Corporation of America* | *VIA ELECTRONIC MAIL* |
| Robert M. Masters, Esquire<br>Brock S. Weber, Esquire<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>875 15th Street, N.W.<br>Washington, DC  20005<br>*Attorneys for NEC Corporation of America* | *VIA ELECTRONIC MAIL* |
| Amy E. Simpson, Esquire<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>4747 Executive Drive<br>12th Floor<br>San Diego, CA  92121<br>*Attorneys for NEC Corporation of America* | *VIA ELECTRONIC MAIL* |

Thomas C. Grimm, Esquire                                          *VIA ELECTRONIC MAIL*
Benjamin J. Schladweiler, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Silicon Graphics International, Inc.*

Timothy S. Teter, Esquire                                         *VIA ELECTRONIC MAIL*
Matthew P. Gubiotti, Esquire
COOLEY GODWARD KRONISH LLP
3000 El. Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
*Attorneys for Silicon Graphics International Corp.*

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)

4