# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERON, LLC,, | : |
| Plaintiff, | : |
| v. | : C. A. No. 10-128-SLR |
| HEWLETT-PACKARD COMPANY, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **15th** day of **December, 2010.**

IT IS ORDERED that Paragraph 4 of the Court's May 20, 2010 Order scheduling the mediations in this matter is hereby amended as follows: **all of the statements for the mediations scheduled in this matter for the week of January 10, 2011, shall now be due in the Clerk's Office by no later than 12:00 Noon on Tuesday, December 21, 2010.** All of the other provisions of the May 20, 2010 Order shall remain in full force and effect.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE