IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civ. No. 10-128-SLR |
| ) | |
| HEWLETT-PACKARD CO., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 25th day of January, 2011,

IT IS ORDERED that the oral argument originally scheduled for **Friday, February 4, 2011** at 9:30 a.m. is hereby rescheduled to **1:00 p.m.** on the same date in courtroom 4B on the 4th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge