# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERON, LLC,, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 10-128-SLR |
| | : |
| HEWLETT-PACKARD COMPANY, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **7th** day of **March, 2010.**

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 21, 2011 at 11:00 a.m.** with Judge Thynge to discuss the status of the settlement in this matter. **Steven J. Balick, Esquire shall initiate the teleconference call to 302-573-6173.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE